# EXHIBIT A-1







