# EXHIBIT A-2







