# EXHIBIT B-1

Projects   Press   Team   Book   Contact
Houses   Renovations   Interiors   Brands   Public

**Jill Stuart Store**
New York, NY

Jill Stuart's cosmetic and retail shop in SoHo. 800 sq ft

466 Broome St, New York, NY 10013



1/8

Photography by Adrian Wilson

Projects   Press   Team   Book   Contact   Instagram
Houses   Renovations   Interiors   Brands   Public   Un-Built

**Jill Stuart Store**
New York, NY

Jill Stuart's cosmetic and retail shop in SoHo. 800 sq ft

466 Broome St, New York, NY 10013



1/8

Photography by Adrian Wilson



