# EXHIBIT B-2



Projects    Press    Team    Book    Contact    Instagram
Houses    Renovations    Interiors    Brands    Public    Un-Built

**Jill Stuart Store**
New York, NY

Jill Stuart's cosmetic and retail shop in SoHo. 800 sq ft

466 Broome St, New York, NY 10013

Photography by Adrian Wilson

1/8



