USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ADRIAN WILSON,

                       Plaintiff,            20-CV-0003 (LAK) (KHP)

      -against-                    **ORDER**

D'APOSTROPHE DESIGN INC.

                       Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The initial case management conference scheduled for March 23, 2020 at 10:00 a.m. is hereby converted to a telephone conference. The parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

       **SO ORDERED.**

DATED:    New York, New York
              March 16, 2020

                                             KATHARINE H. PARKER
                                             United States Magistrate Judge