```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADRIAN WILSON,

                              Plaintiff,

         -against-

D'APOSTROPHE DESIGN INC.

                              Defendant.

-----------------------------------------------------------------X

20-CV-0003 (LAK) (KHP)

**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Status Conference in this matter is hereby scheduled for **Tuesday August 18 at 2:45pm**.  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      **SO ORDERED.**

DATED:      New York, New York
                 August 6, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge