```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ADRIAN WILSON,

                            Plaintiff,                      **20-CV-0003 (LAK) (KHP)**

           -against-                                **ORDER**

D'APOSTROPHE DESIGN INC.

                            Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court is pleased to report that the parties have reached a settlement agreement in the above-captioned action. The Court notes that a $20,000 bond was previously posted in this matter by Plaintiff Adrian Wilson on September 3, 2020 (ECF No. 30; Receipt Number NYSCCA20-00026). **Given the settlement, the Court directs the Cashier's Office to return the $20,000 bond to Plaintiff. The Cashier's Office shall make the check payable to Adrian Wilson c/o Liebowitz Law Firm, PLLC, at 11 Sunrise Plaza, Suite 305, Valley Stream, NY 11580.**

       SO ORDERED.

DATED:       New York, New York
                October 9, 2020

                                                         _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge