UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Adrian Wilson,

              Plaintif s,              20-CV-003  (LAK)

  v.

D'Apostrophe Design Inc.,

              Defendant(s).
------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On October 9, 2020 Magistrate Judge Katherine Parker informed the Court that the parties have reached a settlement.  Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, November 12, 2020, if the settlement is not executed by then.

        SO ORDERED.

Dated:      October 12, 220

                                                             _____/s/_____
                                                                Lewis A. Kaplan
                                                        United States District Judge